O’Donnell, J.,
dissenting.
{¶ 59} Respectfully, I dissent.
{¶ 60} The issue accepted for review in this case concerns whether the Texas offense of aggravated sexual assault is substantially equivalent to the crime of rape as defined in Ohio. I concur with the majority’s determination that these offenses are equivalent.
{¶ 61} This court did not accept Lloyd’s fourth proposition of law that “[t]he State faded to prove that Mr. Lloyd had a duty to register under Megan’s Law”; thus, any challenge to the sufficiency of the evidence supporting his convictions is not properly before the court.
{¶ 62} On direct examination, Lloyd admitted that he had a duty to register in Texas and that duty triggered a duty to register in Ohio when he moved to this state. When asked by his attorney, “Did you go through certain procedures to establish your duty to register before you left Texas?” Lloyd answered, “Yes.” Moreover, he testified that he had been classified as a sexually oriented offender on moving to this state, which meant that he had a duty to register once a year for ten years. Thus, Lloyd’s own admissions demonstrate his knowledge of his duty to register as a sex offender in Ohio.
{¶ 63} Further, Lloyd’s own testimony establishes that he violated the notice and registration requirements imposed on sex offenders. He admitted that he had mailed his letter to the Auglaize County Sheriff less than 20 days prior to his move to Holmes County. And although he called the Holmes County Sheriff on the day of his move, he failed to appear in person and register in Holmes County until more than a week after he had relocated there.
{¶ 64} Accordingly, because the record supports the findings that Lloyd failed to provide 20 days’ notice before moving from Auglaize County and failed to *151 timely register in Holmes County, I would affirm the judgment of the appellate court.
Steve Knowling, Holmes County Prosecuting Attorney, and Sean Mathew Warner, Assistant Prosecuting Attorney, for appellee.
Timothy Young, Ohio Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellant.